Carroll agt. Frazee.

Niagara county to make return to it, but could not do so, as
the clerk said that defendant's attorney had not filed
his plea and notice, but said·he would *do it when it   [*93]
should become necessary for him to make his return;
the clerk said he could not make return to the writ until de-
fendant's plea and notice was filed.   On the 22d December
last, the return was filed with the clerk of this court.   On the
24th December, plaintiff's attorney noticed the cause for trial
at the circuit to be held on, the second Tuesday of March.
On the 27th December, defendant's attorney served the papers
for this motion.

D. WRIGHT, *defendant's counsel.*

C. R. PARKER, *defendant's attorney.*

M. T. REYNOLDS, *plaintiff's counsel.*

L. F. BOWEN, *plaintiff's attorney.*

———————

PETER CARROLL agt. JOHN O. FRAZEE *et al.*

Costs on a motion for judgment, as in case of nonsuit, granted absolute, *can not
be collected on a precept:* they should be included in and collected in the general
costs of the cause.

*February Term*, 1846.

MOTION by plaintiff to quash or set aside a precept for irre-
gularity, and for discharge of plaintiff from imprisonment.

The defendants in this cause obtained a rule for judgment,
as in case of nonsuit, *with ten dollars costs*, by default, on the
10th day of December last, at special term.   Defendant's at-
torneys' made out their costs, and had them taxed on notice

on the 19th December last, and perfected judgment on the 22d December. The ten dollars costs on the motion were not taxed in the general bill, and included in the judgment record. On the 16th December, one of defendants' attorneys demanded of Carroll, the plaintiff, ten dollars, the costs of the motion for judgment as in case of nonsuit; which he refused to pay; and on the 18th of December a precept was issued for the ten dollars costs, and Carroll arrested and imprisoned.

> N. HILL, JR., *plaintiff's counsel.*
> GAY & BEACH, *plaintiff's attorneys.*
> R. W. PECKHAM, *defendants' counsel.*
> VAN DRESAR & ELWOOD, *defendants' attorneys.*

BRONSON, Chief Justice. The costs should have been included in the general costs of the cause. Where judgment as in case of nonsuit is granted absolute, the costs of the motion cannot be collected on a precept: they should be collected as the general costs are.

Motion granted.